Stephen M. Doniger, Esq. (SBN 179314)
Email: Stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff LA Printex Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>A. H. SCHRIEBER CO., INC., et al.,<br><br>Defendants. | Case No.:  CV 11-7115 SVW (JEMx)<br>*Honorable Stephen v. Wilson Presiding*<br>**NOTICE OF DISMISSAL OF TOO IMPORT, LLP** |

TO THE HONOURABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff L.A. Printex Industries, Inc. hereby dismisses Defendant TOO IMPORT, LLP from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) since it has not filed a responsive pleading or a motion for summary judgment.

Date: November 23, 2011          By:     /s/ Stephen M. Doniger
                                          Stephen M. Doniger, Esq.
                                          Attorneys for Plaintiff

1