UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-07115-SVW -CW | Date | December 2, 2011 |
|---|---|---|---|
| Title | L A Printex Industries Inc v. A H Schrieber Co Inc et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**      ORDER TO SHOW CAUSE

     The instant action involves claims for copyright infringement related to two copyrighted designs used for textile printing, Design No. G70306 and Design No. H80293.  At the status conference, the Court inquired whether the two copyright claims should be joined in one action.  Plaintiff is ordered to show cause whether the Defendant A.H. Schreiber Co., Inc. is responsible for manufacturing the garments embodying both Design No. G70306 and Design No. H80293.  The Court is of the view that, if another party was responsible for manufacturing the garments embodying Design No. H80293, then the claims related to Design No. H80293 does not arise out of the same transaction or occurrence under Fed. R. Civ. P. 20(2)(A).

     The Court, upon reviewing this further information, will decide whether to only consider the claims  related to Design No. G70306 and dismiss without prejudice the claims related to Design No. H80293.

:

Initials of Preparer      PMC